IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., a Florida Not-For-Profit Corporation, and BONNIE KRAMER, Individually, | Case No.: 2:08-cv-00560-GLL |
| | Honorable Gary L. Lancaster |
| Plaintiffs, | |
| v. | |
| PARK ASSOCIATES, A Pennsylvania Limited Partnership, | |
| Defendant. | |

**STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE**

Plaintiffs and Defendant by and through undersigned counsel have entered into a Settlement Agreement and respectfully request this Court to dismiss the case with prejudice.

Agreed and stipulated to on the date(s) indicated below by the parties' endorsements below:

FOR THE PLAINTIFFS

By: /s/ Thomas B. Bacon

Thomas B. Bacon
Pa. I.D. No. 56289
1515 Grant Street
Hollywood, FL 33020
(954) 925-6488
tbb@thomasbaconlaw.com.

Dated: December 19, 2008

FOR THE DEFENDANT

By: /s/ Alisa N. Carr

Alisa N. Carr
Pa. I.D. No. 56658
525 William Penn Place, 30th Floor
Pittsburgh, PA 15219
(412) 261-1600
acarr@leechtishman.com

SO ORDERED, this 22nd day of December, 2008.

Hon. Gary L. Lancaster, U.S. District Judge